## M'Connell *against* Linton.

Although a jury may be sent out again to give them an opportunity for correction in matters of obvious inadvertence; yet it is error to do so for the purpose of altering the substance of their verdict at the suggestion of the court.

In trover the value of the property is ordinarily the measure of damages, and what is given for this, or for the detention, ought to be compensatory, and never with a view to affect the right of a party to pay or receive costs.

WRIT of error to *Cambria* county.

This was an action of trover which originated before a justice, who rendered a judgment for the plaintiff for 35 dollars, from which the defendant appealed. The cause was tried in court, and the jury returned a written verdict, "We find for the plaintiff 34 dollars with costs of suit." On receiving the verdict it was suggested by the court that the plaintiff would not be entitled to costs; and at the request of the plaintiff's counsel the jury were sent out to consider the subject, and returned with a verdict for 35 dollars and costs of suit: upon which a judgment was rendered.

The error assigned was in sending the jury back to re-consider their verdict.

*Alexander,* for plaintiff in error.
*M'Keehan, contra.*

PER CURIAM.—A jury may undoubtedly be sent out again to give an opportunity for correction in matters of obvious inadvertence: but it is a discretion to be tenderly exercised; never to alter the substance of their verdict at the bidding of the judge. Here the damages were increased to give the plaintiff costs, on a suggestion which, if productive of the legal effect ascribed to it, ought not to have been made even in the course of the trial. In trover, the value of the property is ordinarily the measure of the damages; and whatever is given for this or for the detention, ought to be compensatory, and never with a view to affect the right of an appellant to pay or receive costs. The error, being an incident of the trial, was proper for a bill of exceptions, and for correction here.

Judgment reversed, and a *venire de novo* awarded.